**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

No. 182 EM 2012.

Supreme Court of Pennsylvania.

Jan. 14, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of January, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Prohibition is **DE-NIED.**

■

**ARMSTRONG DIGITAL SERVICES, INC., Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Jan. 22, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2013, the Orders of the Commonwealth Court are **AFFIRMED.** *See Stanton v. Department of Transportation, Bureau of Driver Licensing,* 154 Pa.Cmwlth. 350, 623 A.2d 925, 927 (1993) ("[I]f an attorney entrusts the responsibilities of preparing and filing legal papers with his staff, the attorney has a continuing responsibility to see that these duties are properly and timely performed[.]").

■

**Mabel COTTLE**

v.

**TENET HEALTH GRADUATE, LLC Graduate Hospital d/b/a Tenet Health System Graduate, LLC, Tenet Health System Graduate, LLC d/b/a Graduate Hospital and Dr. Jay Morros M.D., EPMG of Pennsylvania, P.C.**

**Appeal of Mabel Cottle.**

Supreme Court of Pennsylvania.

Argued April 12, 2011.

Decided Jan. 22, 2013.

Brian Scott Chacker, Edward F. Chacker, Gay Chacker & Mittin, P.C., Philadelphia, for Mabel Cottle.

Daniel James Divis, Gerolamo, McNulty, Divis & Lewbart, P.C., Philadelphia, for EPMG of Pennsylvania, P.C.

Timothy I. McCann, McCann & Geschke, P.C., Philadelphia, for Tenet Health Graduate, LLC Graduate Hospital d/b/a Tenet Health System, et al.

George L. Young Jr., Young & McGilvery, P.C., Philadelphia, for Jay Morros.

Robert B. Hoffman, Eckert Seamans Cherin & Mellot, LLC, Harrisburg, for Appellee Amicus Curiae, Pennsylvania Medical Society.

### ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this case.